# EXHIBIT 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/3/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KERTH POLLACK,

                Plaintiff,

- against -

CVS PHARMACY, INC.,

                Defendant.

---

DELBERT SORHAINDO,

                Plaintiff,

- against -

CVS PHARMACY, INC.,

                Defendant.

---

LACOLE SIMPSON,

                Plaintiff,

- against -

CVS PHARMACY, INC.,

                Defendant.

---

15-CV-6227 (JGK)
15-CV-6230 (JGK)
15-CV-6231 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons stated at today's conference, the defendant's motion to compel arbitration and to stay or dismiss these actions pending arbitration is granted to the extent that the parties are ordered to proceed to arbitrate the claims in

1

these cases and these actions are stayed pending the decision of the arbitration panel(s).

The Plaintiffs' motions for leaves to amend their complaints are denied without prejudice as moot.

The Clerk is directed to close all pending motions.

SO ORDERED.

Dated:   New York, New York
         December 2, 2015

_____
John G. Koeltl
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/3/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERTH POLLACK,

        Plaintiff,

- against -

CVS PHARMACY, INC.,

        Defendant.

15-CV-6227 (JGK)
15-CV-6230 (JGK)
15-CV-6231 (JGK)

ORDER

DELBERT SORHAINDO,

        Plaintiff,

- against -

CVS PHARMACY, INC.,

        Defendant.

LACOLE SIMPSON,

        Plaintiff,

- against -

CVS PHARMACY, INC.,

        Defendant.

JOHN G. KOELTL, District Judge:

    For the reasons stated at today's conference, the defendant's motion to compel arbitration and to stay or dismiss these actions pending arbitration is granted to the extent that the parties are ordered to proceed to arbitrate the claims in

1

these cases and these actions are stayed pending the decision of the arbitration panel(s).

The Plaintiffs' motions for leaves to amend their complaints are denied without prejudice as moot.

The Clerk is directed to close all pending motions.

SO ORDERED.

Dated:   New York, New York
         December 2, 2015

                                       _____
                                       John G. Koeltl
                                       United States District Judge

```
                                           USDC SDNY
                                           DOCUMENT
                                           ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT               DOC# _____
SOUTHERN DISTRICT OF NEW YORK              DATE FILED:  12/3/15
```

KERTH POLLACK,

                    Plaintiff,      15-CV-6227 (JGK)
                                         15-CV-6230 (JGK)
            - against -              15-CV-6231 (JGK)

CVS PHARMACY, INC.,

                    Defendant.
                                               ORDER

DELBERT SORHAINDO,

                    Plaintiff,

            - against -

CVS PHARMACY, INC.,

                    Defendant.

LACOLE SIMPSON,

                    Plaintiff,

            - against -

CVS PHARMACY, INC.,

                    Defendant.

JOHN G. KOELTL, District Judge:

    For the reasons stated at today's conference, the defendant's motion to compel arbitration and to stay or dismiss these actions pending arbitration is granted to the extent that the parties are ordered to proceed to arbitrate the claims in

these cases and these actions are stayed pending the decision of the arbitration panel(s).

The Plaintiffs' motions for leaves to amend their complaints are denied without prejudice as moot.

The Clerk is directed to close all pending motions.

SO ORDERED.

Dated:   New York, New York
         December 2, 2015

_____
John G. Koeltl
United States District Judge