FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 30 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MOMINNA ANSORALLI and SHEREE
STEELE, on behalf of themselves and all
other similarly-situated employees,

                      Plaintiffs,                  NOT FOR PUBLICATION
                                                                   **ORDER**
   -against-                                      16-CV-1506 (CBA) (RER)

CVS PHARMACY, INC.,

                      Defendant.
-------------------------------------------------------x

**AMON, United States District Judge:**

The Court has received the Report and Recommendation ("R&R") of the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge, recommending that the parties' joint motion for settlement be granted. (See D.E. dated Dec. 15, 2018.)

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

1

The Court has reviewed the record and, finding no clear error, adopts the R&R as the opinion of the Court. Accordingly, the Court directs the Clerk of Court to close the case.

SO ORDERED.

Dated: January 30, 2018
      Brooklyn, New York

                                            s/Carol Bagley Amon
                                            Carol Bagley Amon
                                            United States District Judge